An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD CHARLES SILVA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66005

**FILED**

AUG 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to reconsider. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

We lack jurisdiction to consider this appeal because a motion for reconsideration is not substantively appealable. *See Phelps v. State*, 111 Nev. 1021, 1022-23, 900 P.2d 344, 344-45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists).

To the extent that appellant asserts he appeals from the judgment of conviction entered on January 31, 2014, and/or the amended judgment of conviction entered on April 17, 2014, the notice of appeal does not identify either judgment as the judgment being challenged on appeal. NRAP 3(c)(1)(B). Further, the notice of appeal is untimely from the entry of both the judgment of conviction and the amended judgment of conviction, *see* NRAP 4(b)(1)(A), and we reject appellant's assertion that a motion to reconsider tolled the time to appeal from the judgment of

SUPREME COURT
OF
NEVADA

(O) 1947A

14-26594

conviction and/or the amended judgment of conviction, *see* NRAP 4(b)(3). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.        _____, J.
Parraguirre                                         Saitta

cc:     Hon. Stefany Miley, District Judge
        Mayfield, Gruber & Sheets
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk
        Ronald Charles Silva

SUPREME COURT
OF
NEVADA

(O) 1947A